HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br>Plaintiff,<br>v.<br>REPUBLIC SERVICES, INC.; REGIONAL DISPOSAL COMPANY; RABANCO, LTD.; and WJR ENVIRONMENTAL, INC.,<br>Defendants. | No. 2:26-cv-02762-TL<br>**NOTICE OF APPEARANCE**<br>**(CLERK'S ACTION REQUIRED)** |

TO: Clerk of Court; and

TO: Marc Zemel, Evelyn Mailander, and Smith & Lowney, PLLC.

PLEASE TAKE NOTICE that Defendants Republic Services, Inc.; Regional Disposal Company; Rabanco, Ltd.; and WJR Environmental, Inc., hereby enter their appearance in the above-captioned action by their attorneys Michael A. Nesteroff and Ballard Spahr LLP and, without waiving any objections as to jurisdiction, respectfully request that all papers and pleadings in said cause, other than process, be served upon the undersigned attorneys at their office below stated.

//

//

//



**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

DATED: October 5, 2026

BALLARD SPAHR LLP

By: *Michael A. Nesteroff*

Michael A. Nesteroff, WSBA No. 13180
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
nesteroffm@ballardspahr.com

Attorneys for Defendants Republic Services, Inc.; Regional Disposal Company; Rabanco, Ltd.; and WJR Environmental, Inc.